**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Carlos LOPEZ, a/k/a Carlos Garcia, a/k/a Rodolfo V. Quinones, Defendant–Appellant.**

**No. 01–6617.**

United States Court of Appeals, Fourth Circuit.

Submitted Sept. 20, 2001.

Decided Sept. 26, 2001.

Carlos Lopez, pro se. David Calhoun Stephens, Assistant United States Attorney, Greenville, SC, for appellee.

Before LUTTIG, KING, and GREGORY, Circuit Judges.

PER CURIAM.

Carlos Lopez seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *United States v. Lopez*, Nos. CR–94–60; CA–00–4015–8–20 (D.S.C. Mar. 23, 2001).* We deny Lopez's motions for a transcript at Government expense. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

---

* We recently held in *United States v. Sanders*, 247 F.3d 139 (4th Cir.2001), that the new rule announced in *Apprendi v. New Jersey*, 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), is not retroactively applicable to cases on collateral review. Accordingly, Appellant's *Apprendi* claims are not cognizable.